**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 9:26-cv-80300-EA**

**Marina Kargashina,**
**Et al.,**

Plaintiffs,

v.

**Kristi Noem,**
**Joseph B. Edlow,**

Defendants.

_____/

## ORDER CLOSING CASE

This cause comes before the Court on the plaintiffs' notice of voluntary dismissal without prejudice [ECF No. 4]. Therefore, it is **ORDERED AND ADJUDGED**:

1. The petition [ECF No. 4] is **DENIED WITHOUT PREJUDICE**.

2. This **CASE IS CLOSED**.

3. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**ORDERED** in Chambers in West Palm Beach, Florida, this 14th day of April 2026.

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Denys A. Pivniak**
Pivniak Law, P.A.
7004 SW 40th Street, 604
Miami, FL 33155
6032298015
Email: dpivniak@pivniaklaw.com

2

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov